IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-11016
Conference Calendar
_____


BOBBY JOE LEE,

                                    Plaintiff-Appellant,

versus

CITY OF DALLAS, TEXAS, ET AL.,

                                    Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:93-CV-2465-D
- - - - - - - - - -
June 25, 1996
Before HIGGINBOTHAM, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     Bobby Joe Lee, Texas inmate #620339, challenges the district court's grant of summary judgement for the defendants by arguing that he was entitled to more notice of the need for a response to the defendants' motion for summary judgment.[**]  We have carefully

_____

[*]  Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

[**]  Lee does not challenge the grant of summary judgment on the substantive merits of the summary-judgment evidence to his civil rights claim.  This issue is deemed abandoned on appeal. See Eason v. Thaler, 14 F.3d 8, 9 n.1 (5th Cir. 1994).

reviewed the record and the arguments.  We detect no procedural

error.  See <u>Martin v. Harrison County Jail</u>, 975 F.2d 192, 193

(5th Cir. 1992).

AFFIRMED.